IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| K. HOVANIAN OF HOUSTON II, L.L.C., d/b/a BRIGHTON HOMES, | § § § § § § § § § § | Civil Action No: 4:23-cv-02206 |
| *Plaintiff,* v. | | |
| ACE AMERICAN INSURANCE CO., | | |
| *Defendant.* | | |

**AMENDED ORDER OF DISMISSAL**

The Joint Motion to Extend 60-Day Reinstatement Deadline and Revise Order of Dismissal is granted.

It is ORDERED that only the duty-to-defend claims in this case are dismissed on the merits, without prejudice to the right of counsel to move for reinstatement on or before December 27, 2023. Any future claims for indemnity arising from a settlement or judgment in the Underlying Lawsuit[1] are dismissed without prejudice to refiling at a later date. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

Signed on December   20   , 2023, at Houston, Texas.

———————————————————
Lee H. Rosenthal
United States District Judge

---

[1] Defined in the Parties' pleadings as *John Tomaszewski and Heather Bryan v. K. Hovnanian of Houston II, L.L.C., d/b/a Brighton Homes and Airtron, Inc. v. Airtron, Inc.*; in the 333rd District Court, Harris County, Texas.